STATE OF NEW JERSEY v. ISRAEL SANTIAGO.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ISRAEL SANTIAGO.

December 18, 1985.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. DAVID BRENNEMAN.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH CANNIZZARO.

December 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LAURA MAE TURNER.

December 18, 1985.

Petition for certification denied.